AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
The premises located at 100 Broadview Heights, )
Thomaston, Connecticut 06787 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The premises located at 100 Broadview Heights, Thomaston, Connecticut 06787, as described more particularly in Attachment A to the Affidavit of Special Agent Ron W. Offutt, dated January 16, 2015

located in the _____ District of _____ Connecticut _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See the Affidavit of Special Agent Ron W. Offutt, dated January 16, 2015 and Attachment B thereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 666(a)(1)(a) | Theft Concerning a Local Government Receiving Federal Funds |
| 26 U.S.C. § 7206(1) | Filing a False Tax Return |

The application is based on these facts:

See the Affidavit of Special Agent Ron W. Offutt, dated January 16, 2015

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Ron W. Offutt, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/16/15

/s/ Donna F. Martinez, U.S.M.J.
*Judge's signature*

City and state: Hartford, Connecticut

Donna F. Martinez, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

## PREMISES TO BE SEARCHED

The premises to be searched is the residence located at 100 Broadview Heights, Thomaston, Connecticut 06787. The structure is pictured below and is more particularly described as a three story house, yellow and light green in color, with a waist high brick retaining wall at the front of the house adjacent to the sidewalk. The number 100 is located on a black mailbox at the end of the driveway adjacent to the house.



## Attachment B

## ITEMS TO BE SEIZED

All records, in whatever form, and tangible objects that constitute evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. § 1341 (mail fraud); 18 U.S.C. § 666(a)(1)(A) (theft from a local government receiving federal funds); and 26 U.S.C. § 7206(1) (filing a false tax return). That is, any of the following documents, records and objects in whatever form they are stored:

Coins and coin collections, stamps and stamp collections, Hummel figurines, Coach products, jewelry, AnnaLee dolls, artwork and antiques; financial records such as bank account information, checks, deposit tickets, statements; brokerage account information, stock transaction notices, statements, contracts, receipts; retirement plan documents, defined benefit and contribution plan documents, receipts; town of Plymouth records; correspondence including letters, notes, and memorandums, digital and hard copies; state and federal tax returns for David Bertnagel; calendars, appointment books, address and phone number registries, and diaries of David Bertnagel; and computer processing units (CPU) including mirror images and logical copies of those devices and media, personal digital devices (iTouch, iPad, etc.), disks, thumb drives, tapes and any other device on which computer data might be stored, all computer hardware and software instruction manuals.